(Attorney Information Listed on Following Page)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERONICA RUSSELL, individually and on behalf of all others similarly situated, | Case No. 2:10-CV-03474-KJM-GGH |
| Plaintiff, | **JOINT STIPULATION ALLOWING PLAINTIFF LEAVE TO FILE HER FIRST AMENDED COMPLAINT AND ORDER GRANTING SAME** |
| v. | |
| DELTA DENTAL OF CALIFORNIA | Hon. Kimberly J. Mueller |
| Defendant. | |

**ACKERMANN & TILAJEF, P.C.**
Craig J. Ackermann, CA Bar No. 229832
cja@laborgators.com
Pablo Orozco CA Bar No. 274267
orozco@laborgators.com
1180 South Beverly Drive, Suite 610
Los Angeles, CA 90035
Telephone: (310) 277-0614
Facsimile: (310) 277-0635

**WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, LLP**
Melissa M. Harnett, CA Bar No. 164309
mharnett@wccelaw.com
Jesse B. Levin, CA Bar No. 268047
jlevin@wccelaw.com
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, CA 91357-7033
Telephone: (818) 705-6800
Facsimile: (818) 996-8266

Attorneys for Plaintiff VERONICA RUSSELL and the putative class

**SEYFARTH SHAW LLP**
Mark P. Grajski, CA Bar No. 178050
mgrajski@seyfarth.com
400 Capitol Mall
Suite 2350
Sacramento, CA 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Jon D. Meer, CA Bar No. 144389
jmeer@seyfarth.com
2029 Century Park East, Suite 3300
Los Angeles, CA 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant DELTA DENTAL OF CALIFORNIA

JOINT STIPULATION ALLOWING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Veronica Russell ("Plaintiff") and Defendant Delta Dental, Inc. ("Defendant"), through their undersigned counsel and by order of this Court, pursuant to Federal Rule of Civil Procedure 15(a), that Plaintiff be granted leave to amend her class action Complaint and file separately herewith her First Amended Class Action Complaint. Plaintiff's First Amended Class Action Complaint shall be deemed served on Defendant on the date this Stipulation is signed by the Court, and Defendant will have thirty (30) days from the date that this Court enters this Order to file its response to the First Amended Complaint by way of answer or motion.

Date:   March 2, 2011

Respectfully submitted,

**ACKERMANN & TILAJEF, P.C.**

By:  _____
Craig J. Ackermann

**WASSERMAN, COMDEN,
CASSELMAN & ESENSTEN LLP**

By:  _____
Jesse B. Levin
Melissa M. Harnett

Attorneys for Plaintiff and the putative class

Dated:  March 2, 2011

**SEYFARTH SHAW LLP**

By:  _____/s/_____
Mark P. Grajski
Jon D. Meer

Attorneys for Defendant

IT IS SO ORDERED:

Dated:  March 7, 2011.

_____
UNITED STATES DISTRICT JUDGE