IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERONICA RUSSELL,

        Plaintiff,                                                               No. CIV S-10-3474 KJM-GGH

    vs.

DELTA DENTAL OF CALIFORNIA,

        Defendant.                                                        <u>ORDER</u>

_____/

        This matter comes before the court on plaintiff's request to reset hearing of defendant's motion to dismiss, filed on May 11, 2011. (ECF 14.) The hearing on this motion took place on May 11, 2011, in the absence of plaintiff's counsel, Mr. Craig Ackermann, with the court granting defense counsel an opportunity to answer the court's questions. The court, while noting Mr. Ackermann's sincere apology and regret, hereby DENIES plaintiff's request. The court has taken this matter under submission.

        IT IS SO ORDERED.

DATED: May 12, 2011.

                                                                  UNITED STATES DISTRICT JUDGE

1